# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>YOLO SUSHI BAR & KARAOKE LLC, et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-01239-LJO-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS AND VACATING PENDING MATTERS AND DATES<br><br>DEADLINE: DECEMBER 22, 2017 |

On November 21, 2017, Plaintiff filed a notice informing the Court that the parties have reached settlement resolving this action. (ECF No. 7.)

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. The parties shall file dispositional documents on or before December 22, 2017.

IT IS SO ORDERED.

Dated: **November 22, 2017**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1